1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10  HOLLY CASH,                        No. 2:14-cv-02859-GEB-CKD

11              Plaintiff,
                                       **ORDER CONTINUING STATUS**
12       v.                            **(PRETRIAL SCHEDULING)**
                                       **CONFERENCE; FED. R. CIV. P. 4(M)**
13  BEACH HUT MIDTOWN LLC, a           **NOTICE**
    California Limited Liability
14  Co, dba BEACH HUT DELI; JOHN
    ZEE; and ANNA ZEE,
15
16              Defendants.

17

18          This case is not ready to be scheduled. Therefore, the

19  Status (Pretrial Scheduling) Conference scheduled for hearing on

    February 23, 2015, is continued to May 4, 2015, at 9:00 a.m. A
20
    joint status report shall be filed no later than fourteen (14)
21
    days prior to the Status Conference.
22
            Further, Plaintiff is notified under Rule 4(m) of the
23
    Federal Rules of Civil Procedure that failure to serve Defendant
24
    John Zee with process within the 120 day period prescribed in
25
    that Rule may result in the unserved defendant being dismissed.
26
    To avoid dismissal, on or before April 10, 2015, Plaintiff shall
27
    file proof of service for this defendant or a sufficient
28

                                      1

explanation why service was not completed within Rule 4(m)'s prescribed service period.

      IT IS SO ORDERED.

Dated:  February 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge