TRAINOR FAIRBROOK
DANIEL M. STEINBERG (SBN 194948)
dsteinberg@trainorfairbrook.com
JESSICA A. ROBISON (SBN 220846)
jrobison@trainorfairbrook.com
980 Fulton Avenue
Sacramento, California  95825
Telephone:     (916) 929-7000
Facsimile:      (916) 929-7111
jar:4094005.1315246.1

Attorneys for Defendants
BEACH HUT MIDTOWN LLC, a
California Limited Liability Co., dba
BEACH HUT DELI; JOHN ZEE; and
ANNA ZEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>           Plaintiff,<br><br>v.<br><br>BEACH HUT MIDTOWN, LLC, a<br>California Limited Liability Co., dba<br>BEACH HUT DELI; JOHN ZEE; and<br>ANNA ZEE<br><br>           Defendants. | Case No.  2:14-CV-02859-GEB-CKD<br><br>**[PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   December 8, 2014<br>Trial Date:            None |

As stipulated by and between the parties to this action through their designated counsel, Defendants BEACH HUT MIDTOWN, LLC, a California Limited Liability Co., dba BEACH HUT DELI; JOHN ZEE; and ANNA ZEE are granted an extension until twenty (20) days after Defendant JOHN ZEE is served through Trainor Fairbrook to respond or otherwise plead reference to Plaintiff's Complaint.

**IT IS SO ORDERED.**

**Dated:  March 12, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**[PROPOSED] ORDER**