1  THOMAS E. FRANKOVICH (S.B.N. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
3  1832-A Capitol Street
   Vallejo, CA 94590
4  Telephone:   (415) 444-5800
   Facsimile:   (415) 674-9900
5  Email:       tfrankovich@disabilitieslaw.com

6
   Attorney for Plaintiff
7  Holly Cash

8

9                    **UNITED STATES DISTRICT COURT**
10
                     **EASTERN DISTRICT OF CALIFORNIA**
11

12  Holly Cash,                    )  CASE NO. 2:14-cv-02859-TLN-CKD
                                   )
13         Plaintiff,              )  **STIPULATION OF DISMISSAL AND**
                                   )  **ORDER THEREON**
14  v.                             )
                                   )
15                                 )
    Beach Hut Midtown LLC, *et al.*, )
16                                 )
           Defendants.             )
17                                 )
                                   )
18                                 )
                                   )
19                                 )
                                   )
20                                 )

21

22      The Parties, by and through their respective counsel, stipulate to dismissal of this

23  action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

24      IT IS HEREBY STIPULATED by and between parties to this action through their

25  designated counsel that the above-captioned action become and hereby is dismissed with

26  prejudice and each side is to bear its own costs and attorneys' fees.

27

28

                    **STIPULATION OF DISMISSAL AND ORDER**

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully Submitted,

Dated: May 3, 2016     THOMAS E. FRANKOVICH, APLC
                       ***A PROFESSIONAL LAW CORPORATION***

                       By:  /s/ Thomas E. Frankovich
                       Thomas E. Frankovich
                       Attorney for Plaintiff

Dated: May 3, 2016     FINNERTY LAW OFFICES, INC.

                       By:  /s/ Kathleen E. Finnerty
                       Kathleen E. Finnerty
                       Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: May 6, 2016

                       Troy L. Nunley
                       United States District Judge